People v Herring (2026 NY Slip Op 00527)

People v Herring

2026 NY Slip Op 00527

Decided on February 4, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 4, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
WILLIAM G. FORD
LOURDES M. VENTURA
SUSAN QUIRK, JJ.

2022-08450
 (Ind. No. 72155/22)

[*1]The People of the State of New York, respondent,
vQuansae Herring, appellant. 

Patricia Pazner, New York, NY (Elisabeth R. Calcaterra of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Danielle S. Fenn of counsel; Liam M. Brozen on the brief), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Queens County (Toni M. Cimino, J.), rendered September 7, 2022, convicting him of unauthorized use of a motor vehicle in the third degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that the mandatory surcharge and fees imposed at sentencing (see Penal Law § 60.35[1][a]) should be waived pursuant to CPL 420.35(2-a) is unpreserved for appellate review (see People v Mejia, 243 AD3d 684; People v Clarke, 243 AD3d 582). In any event, the defendant's contention is without merit, as the record does not demonstrate that a waiver of the mandatory surcharge and fees was warranted under any of the grounds enumerated in CPL 420.35(2-a)(a)-(c) (see People v Mejia, 243 AD3d 684; People v Forero, 236 AD3d 816, 817; People v Acevedo, 210 AD3d 1106, 1107; People v Attah, 203 AD3d 1063, 1064).
The defendant's remaining contention is without merit.
IANNACCI, J.P., FORD, VENTURA and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court